**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 102 MAP 2024 |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| LEO JAMES BRUNORI, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

AND NOW, this 18th day of February, 2025, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 722 (delineating the type of orders from the courts of common pleas that may be directly appealed to this Court); Pa.R.A.P. 341(b) (defining final order).